UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JAY BRADSHAW,

        Plaintiff,                                 JUDGMENT
                                              17-CV-1168 (WFK) (ST)

    v.

THE CITY OF NEW YORK, *et al.,*

        Defendants.
------------------------------------------------------------ X

        A Decision and Order of Honorable William F. Kuntz II, United States District Judge, having been filed on December 10, 2019, granting Defendant's motion for summary judgment in its entirety; it is

        ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted in its entirety.

Dated: Brooklyn, NY                                                  Douglas C. Palmer
       December 11, 2019                                      Clerk of Court

                                                        By:    /s/*Jalitza Poveda*
                                                                      Deputy Clerk