UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
JAY BRADSHAW,                                     :
                                                  :
        Plaintiff,                                :
                                                  :
        v.                                        :   **ORDER**
                                                  :   15-CV-2166 (WFK) (ST)
THE CITY OF NEW YORK, *et al.*,                   :
                                                  :
        Defendants.                               :
------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

    The Court hereby GRANTS Plaintiff's motion for appointed counsel in the above-captioned case. ECF No. 137. The Clerk of Court is directed to mail this Order to Plaintiff and to note the mailing on the docket.

                                            **SO ORDERED.**

                                             **s/ WFK**
                                       _____
                                       HON. WILLIAM F. KUNTZ, II
                                       UNITED STATES DISTRICT JUDGE

Dated: November 16, 2021
       Brooklyn, New York