## CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | September 9, 2022 |
| TIME: | 11:00 A.M. |
| DOCKET NUMBER(S): | CV-17-1168 (WFK) |
| NAME OF CASE(S): | Bradshaw v. The City of New York et al. |
| FOR PLAINTIFF(S): | Bradshaw, pro se |
| FOR DEFENDANT(S): | McKinney |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | N/A |

RULINGS FROM  Telephone Conference                        :

Settlement discussions were held but the parties were unable to reach a disposition.  Both parties reported that they are ready for trial.